RECEIVED
MAY 1 1 2010
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| **MAUREEN R. MARIE** | **CIVIL ACTION NO. 09-1928** |
| **VERSUS** | **JUDGE DOHERTY** |
| **CITY OF NEW IBERIA, ET AL** | **MAGISTRATE JUDGE HANNA** |

### *JUDGMENT*

This matter was referred to United States Magistrate Judge Patrick J. Hanna for his Report and Recommendation. After an independent review of the record, the applicable jurisprudence, and considering the lack of objection, this Court concludes that the findings and recommendation of the magistrate judge are correct and this Court adopts the conclusions set forth therein. Therefore,

**IT IS ORDERED** that defendants' motions to strike (rec. docs. 5 and 27) are **GRANTED IN PART and DENIED IN PART** as follows:

1) Any claims for exemplary or punitive damages made against the City of New Iberia and Vice and Segura in their official capacities are **STRICKEN**;

2) Any claims for exemplary or punitive damages made against defendants under Louisiana law are **STRICKEN** without prejudice to plaintiff to reassert same with supporting authority against defendants in their appropriate capacities;

1

3) Any remaining claims for relief are **DENIED**.

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this __11__ day of May, 2010.

_____
REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE