UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

**MAUREEN R. MARIE**            **CIVIL ACTION NO. 09-1928**

**VERSUS**            **JUDGE DOHERTY**

**CITY OF NEW IBERIA, ET AL**            **MAGISTRATE JUDGE HANNA**

*RULE 7(a) HEIGHTENED PLEADING REVIEW*

In this §1983 civil rights suit, plaintiffs have sued defendants City of New Iberia, Lindsy Segura, and Tim Vice in their official and individual capacities. In their answers, defendants plead qualified immunity. The undersigned has therefore conducted an evaluation of plaintiffs complaint to determine whether it meets the applicable heightened pleading requirement. See Schultea v. Wood, 47 F.3d 1427, (5th Cir. 1995); Baker v. Putnal, 75 F.3d 190, 195 (5th Cir. 1996).

After review, the undersigned concludes plaintiffs have "supported [their] claims with sufficient precision and factual specificity to raise a genuine issue as to the illegality of defendants' conduct at the time of the alleged acts." Schultea, 47 F.3d at 1434. Although the court may later determine the facts in favor of defendants, the sole issue presented here is whether plaintiffs have satisfied the heightened pleading requirement of Shultea, which the undersigned concludes they have. Thus, no order limiting discovery

under Schultea is appropriate.

Signed at Lafayette, Louisiana on this 20th day of August, 2010.

_____
Patrick J. Hanna
United States Magistrate Judge
800 Lafayette St., Suite 3500
Lafayette, Louisiana 70501
(337) 593-5140 (phone) 593-5155 (fax)

2